1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA VILLA

        Plaintiff(s),

    v.

LISA ANDRADE , et al.

        Defendant(s).

CASE NO:
2:14−cv−02101−BRO−PJW

ORDER OF DISMISSAL FOR
LACK OF PROSECUTION
WITHOUT PREJUDICE

(Pursuant to Local Rule 41)

On 8/26/2014, the Court issued an Order to Show Cause why this

case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed

no later than 9/16/2014.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed,

without prejudice, for lack of prosecution and for failure to comply with the orders

of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: September 23, 2014

_____
Beverly Reid O'Connell
United States District Judge